**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MB INDUSTRIES, LLC,<br><br>         *Plaintiff*,<br><br>v.<br><br>PATTON BOGGS LLP,<br><br>         *Defendant*. | Case No. 1:12-cv-1664 |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MB Industries, LLC, and Defendant Patton Boggs LLP, by and through their undersigned counsel, hereby stipulate and agree that this action be and hereby is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated:  January 29, 2014

                                                /s/ Seth A. Robbins
                                                Seth A. Robbins (D.C. Bar # 471812)
                                                Stinson Leonard Street LLP
                                                1775 Pennsylvania Avenue NW, Suite 800
                                                Washington, DC 20006
                                                P: 202.728.3002
                                                F: 202.572.9957
                                                seth.robbins@stinsonleonard.com

                                                *Counsel for Plaintiff MB Industries, LLC*

/s/ Jean V. MacHarg
Jean V. MacHarg (D.C. Bar # 358660)
Charles E. Talisman (DC Bar #367314)
Samantha R. Petrich (D.C. Bar # 502471)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC  20037
P: 202.457.6000
F: 202.457.6315
jmacharg@pattonboggs.com
ctalisman@pattonboggs.com
spetrich@pattonboggs.com

*Counsel for Defendant Patton Boggs LLP*